# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

157164

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

SC: 157164
COA: 333722
Monroe CC: 15-242179-FC

JERMAINE TERRELL JACKSON,
        Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 12, 2017 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Dixon-Bey* (Docket No. 156746) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



a0613

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



Clerk